Report Date: May 23, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ronnie T. Simms | Case Number: 0980 2:14CR00021-RMP-7 |
| Address of Offender: , Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: April 21, 2015

| | | |
|---|---|---|
| Original Offense: | Distributon of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) and (b)(1)(C) | |
| Original Sentence: | Prison - 10 months; TSR - 3 years | Type of Supervision: Supervised Release |
| Amended Sentence (May 27, 2015) | Prison - 264 days; TSR - 3 years | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: May 28, 2015 |
| Defense Attorney: | Jill Gannon-Nagle | Date Supervision Expires: May 27, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On May 29, 2015, Mr. Ronnie Simms signed his conditions relative to case number 2:14CR00021-RMP-7, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Simms was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances. Mr. Simms was informed that based on his history of drug use and his conditions as ordered by the Court, he would be referred to random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT). The process and the client's expectations related to the random testing were explained to the client and he indicated he understood. |

On May 12, 2017, Mr. Simms' assigned color was called by ADEPT and he reported for testing as required. Mr. Simms subsequently provided a urinalysis sample for testing that was presumptive positive for cocaine. As a part of the testing procedure, Mr. Simms completed and signed a drug use admission form in which he denied any use of cocaine as indicated by the test.

On May 19, 2017, the U.S. Probation Office in Spokane received the laboratory confirmation report from Alere Toxicology, which confirmed the presence of cocaine metabolite in the sample provided by Mr. Simms at ADEPT on May 12, 2017. On May 23, 2017, Mr. Simms was contacted telephonically at which time he again denied any recent use of cocaine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/23/2017
Date